IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DERMATOLOGY SPECIALISTS OF AUGUSTA, INC., and PAWS HOLDING, LLC, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CV 116-058 ) |
| DAIKIN APPLIED AMERICAS, INC., and DAIKIN APPLIED GEORGIA, | ) ) ) |
| Defendants. | ) |

**O R D E R**

On May 16, 2019, the parties filed a Joint Stipulation and Order for Dismissal With Prejudice. (Doc. no. 97.) Accordingly, Plaintiffs' motion to file documents under seal is **MOOT**. (Doc. no. 89.) In accordance with Local Rule 79.7(c), the Court **DIRECTS** the **CLERK** to return the materials sought to have been sealed to Plaintiffs.

SO ORDERED this 17th day of May, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA